UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ANGELA NALL,
        Plaintiff,

v.

WASHINGTON COUNTY MEMORIAL HOSPITAL,
        Defendant.

No. 4:06-cv-0113-SEB-WGH

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for summary judgment is **granted,** that judgment is entered for the defendant and against the plaintiff, and that the plaintiff take nothing by her complaint.

Date: 07/02/2009

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Angela Nall
c/o Barbara Hinton
3923 Dutch Creek Court
Pekin, IN 47165

Christopher L. Riegler
HALL RENDER KILLIAN HEATH & LYMAN
criegler@hallrender.com